<u>US v. Anthony Bickerton</u>
Government's Sentencing Submission

# EXHIBIT A



