<u>US v. Anthony Bickerton</u>
Government's Sentencing Submission

# EXHIBIT B

194C-BS-99741   1B9   000.00

SeN G[redacted] St   7/[redacted]
22 [redacted]
Somerville