<u>US v. Anthony Bickerton</u>
Government's Sentencing Submission

# EXHIBIT C

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  08/27/2008

On 8/27/2008, a physical surveillance was conducted in the vicinity of 26 Rose Street, Stoughton, Massachusetts in order to observe an FBI cooperating witness receiving law enforcement sensitive database information in the form of Registry of Motor Vehicle printouts from the subject of the captioned FBI investigation. 26 Rose Street, Stoughton, Massachusetts, is the location of the Stoughton Police Department Headquarters ("The Stoughton Police Department or SPD"). The following took place during the surveillance (all times are approximate):

4:20P   Surveillance initiated in the vicinity of SPD headquarters located at 26 Rose Street, Stoughton, MA.

5:09P   Special Agents (SA's) David S. Bell and Kenneth C. Heitkamp meet with source in a business located in Avon, Massachusetts. After performing a physical search of the source, agents activate and place two body recorders on the source.

5:26P   Source leaves to meet with subject Anthony Bickerton at the Stoughton Police Department.

5:40P   Source arrives at the Stoughton Police Department. Source observed standing outside the SPD.

5:43p   Source calls SA Bell and states that subject is out responding to a police call and will return to the SPD in approximately 10 minutes. Source observed walking on foot in front and beside the SPD.

5:49P   Source calls SA Bell and informs that Bickerton has asked him to get out of his car and walk around the area of the SPD station until Bickerton returns to the station.

5:52P   SA's Mackey and Haddock observe a white male, mid 50's wearing a yellow polo shirt and khaki pants, believed to be subject Anthony Bickerton (hereinafter "Bickerton"), arrive at the SPD driving a gray Ford Taurus. Source walks up to the car. Thereafter,

Investigation on  8/26/2008  at  Stoughton, MA

File #  194C-BS-99741-~~53~~   Date dictated  8/27/2008

by  SA David S. Bell:dsb
SA Kenneth C. Heitkamp; SA Margaret A. Mackey; SA April L. Haddock;
SA John P. Keelan.

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Agent

FD-302a (Rev. 10-6-95)

194C-BS-99741

Continuation of FD-302 of __Thorn__ , On 8/27/2008 , Page 2

| | |
|---|---|
| | source and Bickerton walk out of view behind a wall of the SPD. |
| 6:06P | Source observed leaving SPD station via side entrance. Source entered his/her car and departs the area. |
| 6:10 | Bickerton exits SPD and is seen talking on a cellular telephone. Bickerton enters the gray Ford Taurus and leaves the area. |
| 6:27P | SA Bell meets with the source in Brockton, Massachusetts. There, SA Bell deactivates and retrieves the two recording devices. Source provides SA Bell with a slip of paper with a handwritten name, address and telephone number. The slip of paper and recordings will be entered into evidence under separate cover. |